*State, Respondent, v. Johnson, Petitioner*, No. 93861-0. Petition for review of a decision of the Court of Appeals, No. 47876-5-II, October 25, 2016, 196 Wn. App. 1039. *Denied* March 8, 2017.

*Holman et al., Respondents, v. Brady et al., Petitioners*, No. 93864-4. Petition for review of a decision of the Court of Appeals, No. 33114-8-III, September 13, 2016, 195 Wn. App. 1063. *Denied* March 8, 2017.

*State, Respondent, v. Tucker, Petitioner*, No. 93865-2. Petition for review of a decision of the Court of Appeals, No. 33714-6-III, October 25, 2016, 196 Wn. App. 1041. *Denied* March 8, 2017.

*In re Guardianship of Denny*, No. 93867-9. Petition for review of a decision of the Court of Appeals, Nos. 69117-1-I and 69610-6-I, August 1, 2016, 195 Wn. App. 1022. *Denied* March 8, 2017.

*Restore Equity, LLC, Petitioner, v. Bank of N.Y. Mellon, Respondent*, No. 93871-7. Petition for review of a decision of the Court of Appeals, No. 47728-9-II, October 25, 2016, 196 Wn. App. 1038. *Denied* March 8, 2017.

*Patrick et al., Petitioners, v. Wells Fargo Bank et al., Respondents*, No. 93872-5. Petition for review of a decision of the Court of Appeals, No. 73827-5-I, September 26, 2016, 196 Wn. App. 398. *Denied* March 8, 2017.

*In re Marriage of Scoutten*, No. 93873-3. Petition for review of a decision of the Court of Appeals, No. 48027-1-II, October 25, 2016, 196 Wn. App. 1039. *Denied* March 8, 2017.

*State, Respondent, v. Patterson, Petitioner*, No. 93874-1. Petition for review of a decision of the Court of Appeals, No. 33814-2-III, October 20, 2016, 196 Wn. App. 451. *Denied* March 8, 2017.